IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ALMA COMMUNICATIONS COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 05-04358-CV-C-NKL ) ) |
| MISSOURI PUBLIC SERVICE COMMISSION, et al., | ) ) ) ) |
| Defendants. | ) |

## CLERK'S JUDGMENT

☐ Jury Verdict. This action came before the Court for a trial by jury.

XX Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on May 19, 2006, Plaintiffs Motion for Summary Judgment [Doc. # 17] is DENIED and T-Mobile's Motion for Summary Judgment [Doc. # 20] is GRANTED.

Dated: May 25, 2006

AT THE DIRECTION OF THE COURT
P.L. BRUNE
Clerk

s/ RENEA KANIES
By: Renea Kanies, Courtroom Deputy